UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LETTER OF REQUEST FOR ) | |
| JUDICIAL ASSISTANCE FROM THE ) | |
| DISTRICT COURT OF BIAŁYSTOK, ) | |
| POLAND: ) | No. 18 C 413 |
| JOHNA STANLEYA OBIREK v. ) | |
| DOROTY OBIREK ) | |
| ) | |

**EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, by the undersigned Assistant United States Attorney, Megan Donohue, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Megan Donohue, Assistant United States Attorney, as Commissioner for the purposes of obtaining documents from TCF Bank. Certain information has been requested by the District Court of Białystok, Poland, Judge Podpis Sędziego, presiding pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding in that court captioned: *Johna Stanleya Obirek v. Doroty Obirek,* Ref No. II Ns 1948/16.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By:  s/Megan Donohue
 MEGAN DONOHUE
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-1877
 megan.donohue@usdoj.gov